UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**SULLIVAN, WARD, ASHER & PATTON, P.C.**
25800 Northwestern Hwy., Suite 1000
Southfield, Michigan 48075
Telephone: 248.746.0700
**Attorneys of Record for Plaintiff**
**David J. Selwocki (DS1018)**
_____/

TRUSTEES OF THE SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
VACATION FUND, SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL NO. 38
INSURANCE AND WELFARE FUND, SHEET METAL
WORKERS INTERNATIONAL ASSOCIATION LOCAL NO. 38
PROFIT SHARING PLAN, SHEET METAL WORKERS
LOCAL 38 LABOR MANAGEMENT COMMITTEE
AND TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL WORKERS
NATIONAL PENSION FUND, SHEET METAL WORKERS
LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST
FUNDS established and administered pursuant to federal law,

    Plaintiffs,                                      Case No.: 11-cv-0491
                                                                             Hon. Vincent L. Briccetti
vs.

DC STEEL BUILDERS, a Colorado
corporation, and CHRISTOPHER
BLAKELEY, individually,

    Defendants.
_____/

## VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, by and through their attorneys, and hereby voluntary dismiss the above-captioned matter without prejudice.

Respectfully submitted,

**SULLIVAN, WARD, ASHER, & PATTON, P.C.**

By: _____
DAVID J. SELWOCKI   DS1018
Attorneys for Plaintiffs
25800 Northwestern Highway
Suite 1000
Southfield MI  48075
(248) 746-0700

Dated:  May 16, 2011

W1007887/S23-117811